Certificate Number: 14912-NYE-DE-033715922

Bankruptcy Case Number: 19-43172



14912-NYE-DE-033715922

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 5, 2019</u>, at <u>8:10</u> o'clock <u>PM EDT</u>, <u>Suman Panthi</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of New York</u>.

Date:  <u>November 18, 2019</u>    By:  <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>